UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FULL CIRCLE SALES, INC., a Montana corporation; GROWERS EXPRESS, LLC, a limited liability company; STEINBECK COUNTRY PRODUCE, INC., a corporation; STEVE W. ALMQUIST d/b/a STEVE ALMQUIST SALES AND BROKERAGE; DANIEL ANDREWS doing business as DAN ANDREWS FARMS, a sole proprietorship; FRESH NETWORK, LLC, a limited liability company; QUEBEC DISTRIBUTING CO., INC., a corporation,<br><br>            Plaintiffs,<br><br>  v.<br><br>ORGANIC ALLIANCE, INC., a Nevada corporation,<br><br>            Defendant. | CASE NO. CV 11-03402 PSG<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND RELATED DEADLINES** |

**O R D E R**

Having read and considered the Stipulation filed herein, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Case Management Conference currently scheduled for October 11, 2011 shall be taken off calendar and continued ~~approximately 30 days~~ to _Pqxgo dgt"44. 2011, at 10:00 a.m. before the Honorable Paul S. Grewal, United Stated Magistrate Judge in Courtroom 5, 4th Floor;

2. The parties shall file a Joint Case Management Conference Report one week prior to the above date set for the continued Case Management Conference;

3. Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint currently scheduled for November 8, 2011 shall be taken off calendar and continued to December 13, 2011, at 10:00 a.m. before the Honorable Paul S. Grewal, United Stated Magistrate Judge.

4. Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be due October 21, 2011.

5. Defendant's Reply to this Opposition shall be due October 28, 2011.

SO ORDERED.

DATED: Ugrvgo dgt"45."4233

HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE