UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FULL CIRCLE SALES, INC., a Montana corporation, *et al*.<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC ALLIANCE, INC., a Nevada corporation,<br><br>Defendant. | CASE NO. CV 11-03402 PSG<br><br>**[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Date:** November 22, 2011<br>**Time:** ~~10:00 a.m.~~ 2:00 PM<br>**Place:** Courtroom 5, 4th Floor |

The Court, having considered the joint request to allow counsel for Plaintiffs and Defendant to appear by telephone at the Case Management Conference scheduled for November 22, 2011 at ~~10:00 a.m.~~ 2:00PM submitted by Bart M. Botta and Anne Frassetto Olsen, ORDERS this request be:

1

1  ☒ *Granted -* IT IS ORDERED, that counsel for Plaintiffs and Defendant may
2  appear by telephone at the Case Management Conference scheduled for November 22,
3  2011 at 10:00 a.m. Instructions for the call in procedure are as follows:
4  contact Oscar Rivera, Courtroom Deputy to the undersigned.
5  ☐ *Denied -* IT IS ORDERED, that counsel for Plaintiffs and Defendants may not
6  appear by telephone at the Case Management Conference schedule
7
8  DATED: ___11/16_____, 2011
9  
   _____Paul S. Grewal_____
   U.S. MAGISTRATE JUDGE

2