UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FULL CIRCLE SALES, INC., ET AL., | ) | Case No.: C 11-03402 PSG |
| | ) | |
| Plaintiffs, | ) | **ORDER REFERRING CASE TO U.S. DISTRICT JUDGE LUCY H. KOH FOR RELATED CASE CONSIDERATION** |
| v. | ) | |
| | ) | |
| ORGANIC ALLIANCE, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

It has come to the court's attention that the above-captioned action may be related to an earlier-filed case in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

This action is HEREBY REFERRED to U.S. District Judge Lucy H. Koh with a request that she consider whether the above-captioned action is related to the following action:

*Full Circle Sales, Inc. v. Organic Alliance, Inc., et al.,* Case No. C 10-1516 LHK.

Dated: 12/5/2011

                                                    _____
                                                    PAUL S. GREWAL
                                                    United States Magistrate Judge

Case No.: C 11-3402 PSG
ORDER REFERRING CASE FOR RELATED CASE CONSIDERATION                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 11-3402 PSG
ORDER REFERRING CASE FOR RELATED CASE CONSIDERATION  2