BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-2911
E-Mail: bart@rjlaw.com

Attorneys for Plaintiffs
FULL CIRCLE SALES, INC., *et al.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FULL CIRCLE SALES, INC., a Montana corporation; GROWERS EXPRESS, LLC, a limited liability company; STEINBECK COUNTRY PRODUCE, INC., a corporation; STEVE W. ALMQUIST d/b/a STEVE ALMQUIST SALES AND BROKERAGE; DANIEL ANDREWS doing business as DAN ANDREWS FARMS, a sole proprietorship; FRESH NETWORK, LLC, a limited liability company; QUEBEC DISTRIBUTING CO., INC., a corporation,<br><br>                        Plaintiffs,<br><br>    v.<br><br>ORGANIC ALLIANCE, INC., a Nevada corporation,<br><br>                        Defendant. | CASE NO. 11-CV-03402 LHK<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

COMES NOW, Plaintiffs FULL CIRCLE SALES, INC. ("FCS"), GROWERS EXPRESS, LLC ("GROWERS"), STEINBECK COUNTRY PRODUCE, INC. ("STEINBECK"), STEVE W. ALMQUIST d/b/a STEVE ALMQUIST SALES AND BROKERAGE ("ALMQUIST"), DAN ANDREWS FARMS ("ANDREWS"), FRESH NETWORK, LLC ("FRESH"), and QUEBEC DISTRIBUTING CO., INC. ("QUEBEC")(referred to collectively as "Plaintiffs"), and Defendant ORGANIC ALLIANCE, INC. (hereinafter referred to as "OA" or "Defendant")(Plaintiffs and OA are sometimes referred to collectively as "the Parties"), by and through their respective counsel of record as set forth below, and stipulate as follows:

i.  WHEREAS, on January 4, 2012 [Docket Number 35], the above-captioned Court issued an Order which set a Case Management Conference before Judge Lucy H. Koh on March 15, 2012 at 1:30 p.m.;

ii. WHEREAS, Defendant has also filed a Motion to Dismiss Plaintiffs' First Amended Complaint, which is currently set for hearing on March 15, 2012 at 1:30 p.m. in Department 8 of the U.S. District Court for the Northern District of California;

iii. WHEREAS, counsel for the Parties have continued to discuss the possibility of a global settlement that would result in resolution of this entire matter and dismissal of this case in its entirety; however, this settlement is contingent on events that are scheduled to occur concerning stock offerings, and due to the fact that Defendant is a publicly traded company, said stock offerings are subject to numerous S.E.C. regulations, and requirements include completion of certain financial audits. Once these audits are completed, the stock offering can occur which would raise capital to fund any settlement

1   with Plaintiffs and it is through this procedure that the Parties anticipate resolving this

2   matter through settlement and dismissal of this action in its entirety;

3       iv.   WHEREAS, Defendant has informed counsel for Defendant that the

4   required audits will be completed and the stock offering will occur within the next 60

5   days.  Therefore, the Parties agree that continuing the Case Management Conference and

6   the Hearing on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint and

7   related deadlines for approximately 60 days will make the best use of the Court's time

8   and resources and could result in a resolution and dismissal of this matter in its entirety;

9       v.   WHEREAS, the Parties agree that the Case Management Conference and

10  Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint should be continued

11  for approximately 60 days from March 15, 2012 until a date to be set by the Court on or

12  after May 15, 2012 before the Honorable Judge Lucy H. Koh, United States District

13  Court Judge.

14      NOW, THEREFORE, the parties stipulate as follows:

15  1.   The Case Management Conference currently scheduled for March 15, 2012

16      shall be taken off calendar and continued for approximately 60 days to a

17      date to be set by the Court before the Honorable Judge Lucy H. Koh,

18      United Stated District Court Judge;

19  2.   The Joint Case Management Conference Report shall be due one week

20      prior to the date the Court sets for the continued Case Management

21      Conference; and

22  3.   Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint

    currently scheduled for March 15, 2012 shall be taken off calendar and

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

continued for approximately 60 days to a date to be set by the Court before the Honorable Judge Lucy H. Koh, United Stated District Court Judge.

<u>IT IS SO STIPULATED.</u>

Respectfully submitted,

**RYNN & JANOWSKY, LLP**

DATED:  March 2, 2012        By:    /s/ Bart M. Botta
                                    BART M. BOTTA, Attorneys for Plaintiffs

**OTTONE LEACH OLSEN & RAY, LLC**

DATED:  March 2, 2012        By:    /s/ Anne Frassetto Olsen
                                    ANNE FRASSETTO OLSEN, Attorneys for Defendant Organic Alliance, Inc.

1
2
3
4
5
6

7 UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN JOSE DIVISION

| | |
|---|---|
| FULL CIRCLE SALES, INC., a Montana corporation; GROWERS EXPRESS, LLC, a limited liability company; STEINBECK COUNTRY PRODUCE, INC., a corporation; STEVE W. ALMQUIST d/b/a STEVE ALMQUIST SALES AND BROKERAGE; DANIEL ANDREWS doing business as DAN ANDREWS FARMS, a sole proprietorship; FRESH NETWORK, LLC, a limited liability company; QUEBEC DISTRIBUTING CO., INC., a corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ORGANIC ALLIANCE, INC., a Nevada corporation,<br><br>　　　　　　　Defendant. | CASE NO. 11-CV-03402 LHK<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Having read and considered the Stipulation filed herein, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Case Management Conference currently scheduled for March 15, 2012 shall be taken off calendar and continued for approximately 60 days to June 28, 2012, at 1:30 p.m. before the Honorable Judge Lucy H. Koh, United Stated District Court Judge;

2. The Joint Case Management Conference Report shall be due one week prior to the date the Court sets for the continued Case Management Conference; and

3. Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint currently scheduled for March 15, 2012 shall be taken off calendar and continued for approximately 60 days to June 28, 2012, at 1:30 p.m. before the Honorable Judge Lucy H. Koh, United Stated District Court Judge.

SO ORDERED.

DATED: March 8, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
U.S. DISTRICT COURT JUDGE