UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FULL CIRCLE SALES, INC., a Montana corporation; GROWERS EXPRESS, LLC, a limited liability company; STEINBECK COUNTRY PRODUCE, INC., a corporation; STEVE W. ALMQUIST d/b/a STEVE ALMQUIST SALES AND BROKERAGE; DANIEL ANDREWS d/b/a DAN ANDREWS FARMS, a sole proprietorship; FRESH NETWORK, LLC, a limited liability company; QUEBEC DISTRIBUTING CO., INC., a corporation,<br><br>                        Plaintiffs,<br>    v.<br><br>ORGANIC ALLIANCE, INC., a Nevada corporation,<br><br>                        Defendant. | Case No.: 11-cv-03402-LHK<br><br>ORDER TO FILE STIPULATION OF DISMISSAL |

On March 8, 2012, the Court granted the parties' stipulated request to continue the hearing on Defendant's motion to dismiss and the case management conference, both set for March 15, 2012, to June 28, 2012, based on the parties' representation that they expected to be able to settle this case in its entirety within 60 days from the date of their stipulation. *See* ECF No. 36 (Stipulation); ECF No. 38 (Order). More than 60 days have passed. Accordingly, by June 15, 2012, the parties shall file either a stipulation of dismissal of the action or a status report apprising the Court of the status of resolution of this case.

**IT IS SO ORDERED.**

Dated: June 11, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-03402-LHK
ORDER TO FILE STIPULATION OF DISMISSAL