UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FULL CIRCLE SALES, INC., a Montana corporation; GROWERS EXPRESS, LLC, a limited liability company; STEINBECK COUNTRY PRODUCE, INC., a corporation; STEVE W. ALMQUIST d/b/a STEVE ALMQUIST SALES AND BROKERAGE; DANIEL ANDREWS d/b/a DAN ANDREWS FARMS, a sole proprietorship; FRESH NETWORK, LLC, a limited liability company; QUEBEC DISTRIBUTING CO., INC., a corporation,<br><br>                Plaintiffs,<br>   v.<br><br>ORGANIC ALLIANCE, INC., a Nevada corporation,<br><br>                Defendant. | Case No.: 11-cv-03402-LHK<br><br>ORDER RE: HEARING ON MOTION TO DISMISS |

On June 13, 2012, the parties filed a joint status report requesting continuation of the June 28, 2012 case management conference and hearing on Defendant's motion to dismiss until approximately mid-September 2012, to allow eight to ten weeks for the parties to fully resolve the case through settlement. *See* ECF No. 40. In light of the fact that neither party seems eager to litigate this case, and the fact that Defendant's motion to dismiss has already been pending for nine

1

Case No.: 11-cv-03402-LHK
ORDER RE: HEARING ON MOTION TO DISMISS

months, the Court encouraged the parties to stipulate to a dismissal without prejudice and a tolling agreement.  *See* ECF No. 41.

The parties having declined the Court's previous suggestion, the Court now encourages the parties to stipulate instead to Defendant's withdrawal of the pending motion to dismiss with a tolling agreement.  Should the parties desire a September or October 2012 hearing date, Defendant shall re-file the motion to dismiss immediately and obtain a new hearing date from the Courtroom Deputy, Martha Parker Brown.  By June 26, 2012, at 5:00 p.m., the parties shall file either their stipulation of withdrawal of Defendant's motion or a joint status report explaining why they have chosen not to do so.

**IT IS SO ORDERED.**

Dated: June 25, 2012

_____
LUCY H. KOH
United States District Judge